■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DURELL NATHAN, Appellant. [655 NYS2d 970] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered September 30, 1994, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of assault in the first degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Under the facts of this case, the court properly denied youthful offender treatment to the defendant (see, CPL 720.20 [1] [a]). The sentence imposed was not harsh or excessive. Friedmann, J. P., Florio, McGinity and Luciano, JJ., concur.